**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Gregory G. Hollows
United States Magistrate Judge
Sacramento, California

                RE:    Barbara J. VANOVER
                     Docket Number:   2:07CR00163-01
                     **FIREARM STORED AT OFFENDER'S**
                     **RESIDENCE**

Your Honor:

On October 22, 2007, the offender was convicted of a violation of 18 USC 641 - Theft of Government Property, a misdemeanor. She was sentenced to Probation for a period of 5 years.

The special conditions prohibit the offender from possessing a firearm. As such, and for officer safety reasons, it is customary for the probation office to preclude offenders from residing any place where a firearm is stored. In the instant case, the offender resides with an ex-boyfriend who declined to remove his personal firearms from the premises. This case is viewed as an exception to the probation office's prohibition of offenders residing where a firearm is stored.

The offender has no criminal history involving firearms or violence, the firearm will be locked away by Jack Martin, and the offender will not have access to the weapons. This will also alleviate the probation officer's concern for safety. Furthermore, the offender has no other viable residence, and if forced to move, it would greatly diminish the likelihood for her success. The firearm will be maintained in a gun cabinet.

Since the offender will not have constructive possession, and in light of the discussion herein, the probation officer plans to allow the offender to remain at her current residence, even though a firearm is stored on the premises.

**RE:  Barbara J. VANOVER**
**Docket Number:    2:07CR00163-01**
**FIREARM STORED AT OFFENDER'S RESIDENCE**

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD**
**United States Probation Officer**

Dated:       March 2, 2009
             Roseville, California
             DDW:cd

**REVIEWED BY:**         /s/ Richard A. Ertola
                         **RICHARD A. ERTOLA**
                         **Supervising United States Probation Officer**

**THE COURT ORDERS:**

( x )  Approves the probation officer's plan to allow offender to reside where a firearm is stored.

(   )  Disapproves the probation officer's plan. The offender may not reside where a firearm is store.

(   )  Other:

March 5, 2009                              /s/ Gregory G. Hollows
**Date**                                   **Signature of Judicial Officer**

vanover.ord2